IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS WALKER,

      Plaintiff,                    No.  CIV S-10-2835 KJM P

    vs.

MIKE McDONALD, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Plaintiff shall submit, within thirty days from the date of this order, a
3 completed affidavit in support of his request to proceed in forma pauperis on the form provided
4 by the Clerk of Court;

5     2. The Clerk of the Court is directed to send plaintiff a new Application to
6 Proceed In Forma Pauperis By a Prisoner; and

7     3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8 copy of his prison trust account statement for the six month period immediately preceding the
9 filing of the complaint.  Plaintiff's failure to comply with this order will result in a
10 recommendation that this action be dismissed without prejudice.

11 DATED: October 29, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
walk2835.3c+new